**Jose Luis Rodriguez VELAZQUEZ,
Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney
General, Respondent.**

No. 15–70794

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 *

FILED OCTOBER 4, 2017

Stephen John Coghlan, Esquire, Omar Nakib, Law Office of Stephen Coghlan, San Francisco, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Brett F. Kinney, OIL, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jose Luis Rodriguez Velazquez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agen-

---

cy's factual findings, *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Velazquez failed to establish a nexus between the harm he suffered and fears and a protected ground. *See Zetino v. Holder,* 622 F.3d 1007, 1016 (9th Cir. 2010) (desire to be free from harassment or random violence has no nexus to a protected ground).

We lack jurisdiction to review any social group that Velazquez articulates for the first time on appeal. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

